UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES THAREHELLE BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1196-G |
| ) | |
| SAMANTHA CALZADA et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff James Tharehelle Black, appearing pro se, filed this federal civil rights action on November 19, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On May 29, 2025, Judge Stephens issued a Report and Recommendation (Doc. No. 17), in which he recommended this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). In the Report and Recommendation, Judge Stephens advised Plaintiff of his right to object to the Report and Recommendation by June 20, 2025. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.[1]

---

[1] The Report and Recommendation was mailed to Plaintiff at his address of record and returned as undeliverable, with a suggestion that Plaintiff is now deceased. *See* Doc. No. 18. Because this action is subject to dismissal at this preliminary screening stage, the Court

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 17) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 30th day of June, 2025.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge

---

does not find that verification of Plaintiff's death or other proceedings under Federal Rule of Civil Procedure 25(a) are appropriate or necessary.